NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Avi Wagner (#226688)
THE WAGNER LAW FIRM
1801 Avenue of the Stars, Suite 307
Los Angeles, CA 90067
Telephone: (310) 491-7949

FILED

11 MAY -4 PM 3: 38

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY:_____

ATTORNEYS FOR: Plaintiff ALI ARAR

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALI ARAR, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff(s),<br>v.<br><br>Nivs Intellimedia technology Group, Inc., Tianfu Li, Alexander Chen and Simon Zhang<br><br>Defendant(s) | CASE NUMBER:<br><br>**CV11 03857** RGWL (CWx)<br><br>CERTIFICATION AND NOTICE<br>OF INTERESTED PARTIES<br>(Local Rule 7.1-1) |

TO: THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for Plaintiff ALI ARAR
(or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

**PARTY**                          **CONNECTION**

(List the names of all such parties and identify their connection and interest.)

| PARTY | CONNECTION |
|---|---|
| ALI ARAR | Plaintiff |
| THE WAGNER LAW FIRM | Counsel for Plaintiff |
| POMERANTZ HAUDEK GROSSMAN & GROSS LLP | Counsel for Plaintiff |
| All those who purchased NIVS's securities between March 24, 2010, and March 25, 2011, inclusive (the "Class Period") and who were damaged thereby. | The Proposed Class |

May 4, 2011
Date

Sign

Avi Wagner
Attorney of record for or party appearing in pro per